UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASBESTOS SETTLEMENT TRUST,

    Appellant,

v.                                           CASE NO: 8:05-cv-729-T-23TGW

STATE OF ILLINOIS,

    Appellee.
_____/

**ORDER**

    Pursuant to Local Rules 1.03(d) and 1.04(b), this action is **TRANSFERRED**, with consent, to the Honorable Susan C. Bucklew for all further proceedings.

    ORDERED in Tampa, Florida, on May 4, 2005.

                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE

cc:    The Honorable Susan C. Bucklew